UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KITAE NAM,<br><br>    Plaintiff,<br><br>  v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01273-NONE-EPG<br><br>ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 11, 16) |
|---|---|

On June 2, 2021, the parties filed a joint stipulation to modify the scheduling order. (ECF No. 16; *see* ECF No. 11). As grounds for extending certain deadlines, the parties state that they "have agreed to stipulate to continue the Non-Expert Discovery Cutoff, as well as certain pre-trial deadlines, to: (1) foster the settlement process; (2) avoid overlap between the Non-Expert and Expert Discovery periods; and (3) allow for additional time to complete depositions and prepare for trial." (ECF No. 16, p. 2; *see* ECF No. 18 (order setting settlement conference for August 12, 2021)).

Good cause appearing to modify the scheduling order (ECF No. 11), the parties' joint stipulation (ECF No. 16) is hereby granted and the following case deadlines are reset as follows:

| Non-Expert Discovery Cut-Off | From September 8, 2021 to November 8, 2021 |
|---|---|
| Expert Disclosure | From October 8, 2021 to December 7, 2021 |

1

| Rebuttal Expert Disclosure | From November 8, 2021 to January 7, 2022 |
| --- | --- |
| Expert Discovery Cut-Off | From December 8, 2021 to February 7, 2022 |
| Dispositive Motion Filing Deadline | From January 24, 2022 to March 25, 2022 |
| Pretrial Conference[1] | From May 24, 2022 to July 28, 2022 at 8:15 a.m. in Courtroom 4 |

All unmodified provisions of the scheduling order (ECF No. 11) continue to apply in this case.

IT IS SO ORDERED.

Dated: **June 3, 2021**

/s/ Erin P. Grosj

UNITED STATES MAGISTRATE JUDGE

---

[1] Given the extension of the dispositive motion deadline, the Court finds it necessary to reset the date of the pretrial conference.

2