UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITAE NAM,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 1:20-cv-01273-NONE-EPG<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NO. 24) |

　　　　On October 6, 2021, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 24). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

　　　　Accordingly, the Clerk of Court is respectfully directed to assign a district judge to this case for the purposes of closing the case, and then to close the case.

IT IS SO ORDERED.

　　Dated:  **October 7, 2021**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1